

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2021

No. 04-21-00127-CV

**TRANSWOOD CARRIERS**; Transwood Carriers, Inc.; and Transwood Logistics, Inc.,
Appellants

v.

**EP ENERGY E&P COMPANY**, LP; FTS International, Inc.; FTS International Services, LLC;
and J&R Valley Oilfield Services, Inc.,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 17-04-00078CVL
The Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

The panel has considered Appellants' motion for rehearing; the motion is DENIED. *See*
TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 1st day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court